FILED

2012 APR 24 PM 12:28

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

1  Name: Erik Taylor
2  Address: 252 e, Lanzit ave #4
3  LA, CA, 90061
4  Phone: (213) 446-1858
5  Plaintiff In Pro Per

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Erik Taylor,
   PLAINTIFF,

vs.

Los Angeles County
Sherriff's Deputy
MeJAC #484379
Los Angeles County Sherriff's
Deputy, Nowo  #478745
   DEFENDANT(S).

Case No.: **CV12 03380 JFW (SS)**
(To be supplied by the Clerk)

COMPLAINT FOR:

_____
_____
_____
_____
_____

Jury Trial Demanded: ☒ Yes  ☐ No

## I. JURISDICTION

1. This Court has jurisdiction under U.S.C. § 1983 pursuant to 28 U.C.S. § 1331 and 1343

LODGED
2012 APR 18 PM 4:03
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY _____

RECEIVED
CLERK, U.S. DISTRICT COURT
APR 13 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Page Number 1

Revised: August 2011
Prepared by Public Counsel

## II. VENUE

2. Venue is proper pursuant to U.S.C. § 1983 pursuant to 28 U.C.S. § 1331 and 1343

## III. PARTIES

3. Plaintiff's name is Erik Taylor. Plaintiff resides at: _____

4. Defendant Los Angeles County Sherriff's Deputy, MEJAC # 488379

5. Defendant Los Angeles County Sherriff's Deputy, NOWO # 478745

2

Page Number

1  #1. Defendant _Los Angeles County Sherriff's MEJ&C #488379_
2  *Insert ¶ #*
3  
4  
5  
6  
7  
8  #2 Defendant _Los Angeles County Sherriff's NoJo #478745_
9  *Insert ¶ #*
10 
11 
12 
13 
14 
15 ___. Defendant _____
16 *Insert ¶ #*
17 
18 
19 
20 
21 
22 ___. Defendant _____
23 *Insert ¶ #*
24 
25 
26 
27 
28

## IV. STATEMENT OF FACTS

#3. I plaintiff Erik Taylor is a resident of the County of Los Angeles State of California.

#4. I plaintiff is informed and believes and there upon alleges that, at all times relevant herin Defendent's Los Angeles County Sherriff's Deputy MEJac #488329 and Los Angeles County Sherriff's Deputy Nowo # 478745 and Does 1-10 were residents of Los Angeles County, State California law enforcement officers.

#5. I Plaintiff Erik Taylor is ignorant of the true names and Capacities of these Defendents Sued herin Does 1-10, inclusive and therefore Sues these Defendents by such fictitious names.

4

Page Number

#6. I Erik Taylor Plaintiff is informed and believes and thereupon alleges that each of the fictitiously named Defendants is legally responsible, intentionally, negligently, or in some other actionable manner for the events and occurrences hereinafter referred to and thereby legally caused the injuries, damages and violations.

#7. I Plaintiff Erik Taylor will seek leave of court to Amend this Complaint and state the true names of the Defendants. At all time relevant herein Defendants Los Angeles County Sherriff's Deputy MEJAC # 488379 and Los Angeles County Sheriff Deputy Nowo # 474745 were acting under color of law to wit.

#4 I Plaintiff Erik Taylor is ignorant of the true names and capacities of Defendants sued herin as Does 1-10 inclusive because Plaintiff does not have in his possession records and documents that would reveal the names of these DOE Defendants that believe to be law enforcement.

5

Page Number

## V. CAUSES OF ACTION

### FIRST CAUSE OF ACTION

(42 U.S.C § 1983 against all Defendants)
*insert title of cause of action*

(As against Defendant(s): Los Angeles County Sherriff's Deputy MEJAC # 488379 (Dep Nowo # 478745)

**#9** I Plaintiff Erik Taylor allege and incorporates by reference, as though 1 through 9 is true.

**#10** On January 14, 2012 I plaintiff Erik Taylor was sitting in a non moveing vehicle when aproched by Los Angeles County Sherriff's Deputy MEJAC in Deputy Nowo.

**#11** On January 14, 2012 I was pulled out of car searched placed in hand cuff.

6

*Page Number*

## SECOND CAUSE OF ACTION

(42 U.S.C § 1983)
*insert title of cause of action*

(As against Defendant(s): All Defendants

#12 While in handCuffs I Plaintiff Erik Taylor started haveing an Asthma attack.

#13 So the Los Angeles County ambulance were called to treat of breathing problem.

#14 While in the ambulance handcuffed and straped down to the gurnnie I was Constanlly Sprayed in the face with peper Spray by Deputy Nowu # 478745.

7

*Page Number*

## THIRD CAUSE OF ACTION

(42 U.S.C § 1983)
*insert title of cause of action*

(As against Defendant(s): All Defendants

#15 Los Angeles County Sherriff's Deputy MeJac empty a hole bottel of pepper spray in my noes in eyes, which case a serious injurie to eyes.

#16 I plaintiff was later released from hospital by Los Angeles County Sherriff's Deputy MEJAC # 488379 Sargent.

#17 Upon my release my eye was burning and Jumping. I Plaintiff went to Little Company of Mary hospital were I was dionosed with Cornea adression.

8

Page Number

**FOURTH CAUSE OF ACTION**

( 42 U.S.C § 1983 )
*insert title of cause of action*

(As against Defendant(s): All Defendants )

#18 The Doctor at the hospital had to use dye, neon lights to see that my pupil was damaged.

#19 I Plaintiff Erik Taylor had to get my eyes flushed out with normal saline water for two hours.

#20 The Doctor sent me home with medicated eye dropes and instruction to follow.

9
Page Number

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

#21 I plaintiff request to be Compansated for the cost of medicen, I Erik Taylor would like to be Compensated for getting sprayed while in hand Cuffs

#22 I Plaintiff would like to get Compensated for getting Sprayed while haveing a Asthma Attack.

#23 I would like to get Compensated for Harassment. Sitting in a none moveing vehicle.

#24 I would like to get Compensated for violation of my Amendment Rights, First, Amendment Right.

Dated: 4-11-12
Sign: Erik Taylor
Print Name: Erik Taylor

10
Page Number

## DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: 4-11-12
Sign: _Erik Taylor_
Print Name: Erik Taylor

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☒)
Erik Taylor

**DEFENDANTS** Los Angeles Sherriff
Deputy MEJAC # 448329
Los Angeles County Sherriff
NoNo # 478745

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

Attorneys (If Known)

---

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☐ No  ☒ **MONEY DEMANDED IN COMPLAINT:** $ 30 million

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☒ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | | | CIVIL RIGHTS | ☐ 620 Other Food & Drug | |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Accommodations | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 444 Welfare | | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | | | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | | | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | IMMIGRATION | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application | | ☐ 690 Other | FEDERAL TAX SUITS |
| | ☐ 240 Torts to Land | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions | | | |

CV12 03380

**FOR OFFICE USE ONLY:** Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)      CIVIL COVER SHEET      Page 1 of 2

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

VIII(a). IDENTICAL CASES: Has this action been previously filed in this court and dismissed, remanded or closed? ☐ No  ☐ Yes
If yes, list case number(s): _____

VIII(b). RELATED CASES: Have any cases been previously filed in this court that are related to the present case? ☐ No  ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

IX. VENUE: (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved.

X. SIGNATURE OF ATTORNEY (OR PRO PER): _Erik Ziglar_  Date _4-17-12_

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

Name & Address: Erik Taylor
252 e, Lanzit ave #4
LA, CA. 90061

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

Erik Taylor
PLAINTIFF(S)

v. Los Angeles
county Sherriff Deputy Mejac #488379
county Sherriff Deputy Los Angeles
Nowo #478745
DEFENDANT(S).

CASE NUMBER

**CV12 03380** JFW(SS)

SUMMONS

TO: DEFENDANT(S): MEJAC #488379 & Deputy Nowo #478745
11705 Alameda St. Lynwood, CA. 90262

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☒ complaint ☐ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, __Erik Taylor__, whose address is __252 e, Lanzit ave apt #4 LA, CA, 90061__. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: __4/24/12__

By: _____
Deputy Clerk

(Seal of the Court)

[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].

FOR OFFICE USE ONLY

CV-01A (12/07)                    SUMMONS