COLLINSON LAW
A Professional Corporation
Laura E. Inlow, State Bar No. 130584
   E-mail: inlow@collinsonlaw.net
21515 Hawthorne Blvd., Suite 800
Torrance, California 90503
Telephone: (424) 212-7777
Facsimile: (424) 212-7757
Attorneys for Defendants, CARLOS MEJIA and MATTHEW NOWOTNY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, CENTRAL DIVISION

| | |
|---|---|
| ERIK TAYLOR,<br><br>           Plaintiff,<br><br>v.<br><br>CARLOS MEJIA, Los Angeles County Sheriff's Deputy; MATTHEW NOWOTNY, Los Angeles County Sheriff's Deputy,<br><br>           Defendants. | Case No. CV12-03380 FMO (SSx)<br><br>Hon. Fernando M. Olguin<br><br>**NOTICE OF SETTLEMENT**<br><br>Action Filed: April 24, 2012<br>Trial Date: November 3, 2015 |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    In accordance with Local Rule 40-2, the parties hereby notify the Court that a settlement as to all parties and all causes of action was reached in this case on August 11, 2015. The parties anticipate that a stipulation of dismissal will be filed

///

///

1
NOTICE OF SETTLEMENT

1 | within ninety (90) days.

DATED:  August 11, 2015           COLLINSON LAW
                                  A Professional Corporation


                          By:     _____/s/_____
                                  Laura E. Inlow, Esq.
                                  Attorneys for Defendants, Matthew
                                  Nowotny and Carlos Mejia


DATED: August 11, 2015            JENNER & BLOCK


                          BY:     _____/s/_____
                                  L. David Russell, Esq.
                                  Attorneys for Plaintiff, Erik Taylor

2
NOTICE OF SETTLEMENT