COLLINSON LAW
A Professional Corporation
Laura E. Inlow, State Bar No. 130584
   E-mail: inlow@collinsonlaw.net
21515 Hawthorne Blvd., Suite 800
Torrance, California 90503
Telephone: (424) 212-7777
Facsimile: (424) 212-7757
Attorneys for Defendants, CARLOS MEJIA and MATTHEW NOWOTNY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, CENTRAL DIVISION

| | |
|---|---|
| ERIK TAYLOR,<br><br>    Plaintiff,<br><br>v.<br><br>CARLOS MEJIA, Los Angeles County Sheriff's Deputy; MATTHEW NOWOTNY, Los Angeles County Sheriff's Deputy,<br><br>    Defendants. | Case No. CV12-03380 FMO (SSx)<br><br>Hon. Fernando M. Olguin<br><br>(~~PROPOSED~~) ORDER ON STIPULATION TO DISMISS THE ENTIRE CASE WITH PREJUDICE<br><br>Action Filed: April 24, 2012<br>Trial Date: November 3, 2015 (Vacated) |

### [~~PROPOSED~~] ORDER

Pursuant to the parties' stipulation, and good cause appearing therefor, the Court now rules as follows:

The above-captioned action is dismissed in its entirety with prejudice by Plaintiff as against Defendants the County of Los Angeles, Carlos Mejia and Matthew Nowotny, pursuant to Rule 41(a)(1)(ii) of the *Federal Rules of Civil Procedure*.

1

(PROPOSED) ORDER ON STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

1   All parties to bear their own costs.

3   **IT IS SO ORDERED.**

5   DATED: September 16, 2015

By: _____/s/_____
Hon. Fernando M. Olguin
United States District Judge

Collinson Law
A Professional Corporation
21515 Hawthorne Blvd., Suite 800
Torrance, California 90503
Tel. (424) 212-7777 | Fax (424) 212-7757

2
(PROPOSED) ORDER ON STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE